**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LATIN AMERICAN MUSIC CO. INC., et al.<br>            Plaintiffs<br>                    v.<br>THE ARCHDIOCESE OF SAN JUAN OF THE ROMAN CATHOLIC AND APOSTOLIC CHURCH, et al.<br>            Defendants | Civil 96-2312 (PG) |
| TURABO RADIO CORP., et al.<br>            Plaintiffs<br>                    v.<br>ASOCIACION DE COMPOSITORES Y EDITORES DE MUSICA LATINOAMERICANA, INC. et al.<br>            Defendants | Civil 97-2356 (PG) |
| TURABO RADIO CORP., et al.<br>            Plaintiffs<br>                    v.<br>PEER; PEER P.R., et al.<br>            Defendants | Civil 98-1597 (PG) |
| PEER INTERNATIONAL CORPORATION, et al.<br>            Plaintiffs<br>                    v.<br>LATIN AMERICAN MUSIC CO. INC., THE ARCHDIOCESE OF SAN JUAN, et al.<br>            Defendants | Civil 97-2875 (PG) |
| ASOCIACION DE COMPOSITORES Y EDITORES DE MUSICA LATINO AMERICANA, INC. ("ACEMLA")<br><br>            Plaintiff<br>                    v.<br>CATHOLIC UNIVERSITY ASSN., a/k/a WEUC - 1240 AM AND WEUC-88.9 FM<br>            Defendant | Civil  00-1618 (PG) |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

LAMCO, Inc., ("LAMCO") and ACEMLA de Puerto Rico, Inc., ("ACEMLA"), plaintiffs in Civil 96-2312 and Civil 00-1618, and codefendants in consolidated cases Civil 97-2356, Civil 97-2875 and Civil 98-1597, represented by their undersigned attorney, respectfully set forth and pray:

1. The undersigned has been hired by LAMCO and ACEMLA to join Angel N. Caro in his representation as plaintiffs in Civil 96-2312 and Civil 00-1618, and codefendants in consolidated cases Civil 97-2356, Civil 97-2875 and Civil 98-1597 and very respectfully asks this Honorable Court to take note of that fact.

**WHEREFORE**, in view of the foregoing, plaintiff respectfully requests that this Honorable Court take note that the undersigned has joined Mr. Caro in representing LAMCO and ACEMLA.

**I hereby certify** that on October 13, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following María Eugenia Ródriguez López, Esq., Alfredo Raffucci-Carrión, Esq. Rodrigo Otero Bigles, Esq. Ernesto Hernández Millán, Esq., Edelmiro Salas García, Esq. Roberto Sueiro del Valle, Esq. Barry Slotnick, Esq. Jacques M. Rimokh, Esq., Francisco Besosa, Esq. Diego Ramos, Esq., Richard Reimer, Esq. Dora M. Peñagarícano, Esq., Nestor M. Méndez Gómez, Esq. Mayra González-Reyes, Esq., Morton David Goldberg, Esq.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 13th day of October 2004.

<u>s/ *JANE BECKER WHITAKER*</u>
**JANE BECKER WHITAKER**
USDCPR Bar Number 205110
**LAW OFFICES OF**
**JANE BECKER WHITAKER**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Tel. 787-754-9191
Fax 787-764-3101
jbecker@caribe.net